946

No. 78–913.   BEIL ET AL. *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–917.   BERAN *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–945.   BOROUGH OF ELLWOOD CITY *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 78–974.   MILWAUKEE COUNTY *v.* CITY OF MILWAUKEE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 78–980.   GRAND TRUNK WESTERN RAILROAD CO. *v.* BARRETT.   C. A. 7th Cir.   Certiorari denied.

No. 78–981.   GRAVES ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 78–985.   GREGORY-PORTLAND INDEPENDENT SCHOOL DISTRICT ET AL. *v.* TEXAS EDUCATION AGENCY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 78–999.   STEERE TANK LINES, INC. *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 78–1001.   WEST ET AL. *v.* HARRIS, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.   C. A. 5th Cir. Certiorari denied.

No. 78–1025.   PARKER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–1087.   SIVERLING *v.* PENNSYLVANIA.   Super Ct. Pa. Certiorari denied.